UNITED STATES of America,
Plaintiff–Appellee,

v.

Don Benny ANDERSON, Defendant–
Appellant.

No. 01–6120.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided June 8, 2001.

Don Benny Anderson, pro se.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Don Benny Anderson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Anderson,* No. CR–83–159–A (E.D.Va. Feb. 17, 2000). We dispense with oral argument because the facts and legal contentions are ade-

quately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*